IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | |
|---|---|
| ROCCO FUNARI,<br>TDCJ #1027893,<br>   Plaintiff,<br><br>v.<br><br>WARDEN of the James V. Allred Unit, *et al.*,<br>   Defendants. | Civil No. 7:12-CV-011-O-KA |

ORDER ACCEPTING REPORT AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE

After making an independent review of the pleadings, files, and records in this case, of the Report and Recommendation of the United States Magistrate Judge, and of Plaintiff's objections thereto, I am of the opinion that the Report and Recommendation of the Magistrate Judge is correct and it is hereby adopted and incorporated by reference as the Findings of the Court.

Accordingly, this action is DISMISSED with prejudice.

SO ORDERED this 20th day of March, 2014.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE